**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Companhia Siderurgica Do Pecem v. Evraz, Inc. NA

Appellate case number:   01-21-00270-CV

Trial court case number:  2020-45715

Trial court:               234th District Court of Harris County

On October 7, 2021, the Court issued an order abating this appeal for 60 days.

On its own motion, the Court **lifts** the abatement and **reinstates** this appeal on the active docket.

It is so ORDERED.

Judge's signature: ____/s/ Richard Hightower_____
             ☑ Acting individually    ☐ Acting for the Court

Date: ___November 2, 2021_____